# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EVEREST REINSURANCE COMPANY and EVEREST NATIONAL INSURANCE COMPANY, <br><br> *Plaintiff(s)* <br> v. <br> CARDI CORPORATION, STEPHEN A. CARDI, ANTONIO B. CARDI, CARDI LEASING CORPORATION, CARDI MATERIALS LLC, ADVANTAGE EQUIPMENT RENTALS, LLC, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  25-cv-4498 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Rider A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Darren Grzyb, Esq.
Chiesa Shahinian & Giantomasi PC
11 Times Square, 34th Floor
New York, NY  10036
Tel: (212) 973-0572
dgrzyb@csglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 30, 2025

/S/ S. James
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 *Server's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 *Printed name and title*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 *Server's address*

Additional information regarding attempted service, etc:

## RIDER A – DEFENDANTS' NAMES AND ADDRESSES

Stephen A. Cardi, 25 Devon Court, East Greenwich, RI (Kent County).
Antonio B. Cardi, 88 Varnum Drive, East Greenwich, RI (Kent County).
Cardi Corporation, 400 Lincoln Avenue, Warwick, RI (Kent County)
Cardi Leasing Corporation, 400 Lincoln Avenue, Warwick, RI (Kent County)
Cardi Materials LLC, 400 Lincoln Avenue, Warwick, RI (Kent County)
Jefferson Realty, LLC, 400 Lincoln Avenue, Warwick, RI (Kent County)
Jefferson Davis Realty, LLC, 400 Lincoln Avenue, Warwick, RI (Kent County)
Cardi Corporation Ready Mix Concrete, Inc., 400 Lincoln Avenue, Warwick, RI (Kent County)
426 Smith Street Realty, LLC, 400 Lincoln Avenue, Warwick, RI (Kent County)
Middletown Ready-Mix Realty, LLC, 400 Lincoln Avenue, Warwick, RI (Kent County)
AM Electric, LLC, 385 Lincoln Avenue, Warwick, RI (Kent County).
Advantage Equipment Rentals, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Hopkins Hill Sand & Stone, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Hopkins Hill Road Realty, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Rhode Island Construction Management Group, Inc., 25 Devon Court, East Greenwich, RI (Kent County)
Cardi Construction Corporation, 25 Devon Court, East Greenwich, RI (Kent County)
Interchange Realty, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
New London Turnpike Realty, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Interchange Realty Corp., 25 Devon Court, East Greenwich, RI (Kent County)
P I T Realty LLC, 25 Devon Court, East Greenwich, RI (Kent County)
421 Lincoln Ave Realty, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Mountaindale Realty, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
O T H Group, Inc., 25 Devon Court, East Greenwich, RI (Kent County)
C & J Forms, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Sherwood Development, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Farmington Investment Group LLC, 25 Devon Court, East Greenwich, RI (Kent County)
A Cardi Realty Associates, 25 Devon Court, East Greenwich, RI (Kent County)
A. Cardi Realty Co., Inc., 25 Devon Court, East Greenwich, RI (Kent County)
Jefferson Colorado, LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Grandvel Nominee Trust, 25 Devon Court, East Greenwich, RI (Kent County)
Royal Venture Investments LLC, 25 Devon Court, East Greenwich, RI (Kent County)
Fall River Ready-Mix Concrete LLC, 245 Tripp Street, Fall River, MA (Bristol County)
FRRM Holdings, LLC, 245 Tripp Street, Fall River, MA (Bristol County)