UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVEREST REINSURANCE COMPANY and EVEREST NATIONAL INSURANCE COMPANY,

Plaintiffs,

-v-

CARDI CORPORATION, *et al.*,

Defendants.

---

25 Civ. 4498 (JPC)

ORDER

JOHN P. CRONAN, District Judge:

On November 24, 2026, this case was reassigned to the undersigned. By December 3, 2026, Plaintiffs shall file a status letter proposing next steps in this case.

SO ORDERED.

Dated: November 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge